THE JACKSON IRON CO. *vs.* FARRAND.

## The Jackson Iron Co. vs. Fairchild Farrand and Others;

AND

## J. P. Scott and Others vs. M. W. Scott and Others.

Where the appellant or plaintiff in error makes default at the hearing in this Court, the decree or judgment of the Court below will be affirmed on motion.

*Decided June 14th and July 12th.*